UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION



In re ) Case No. 00-91261-A-13
)
MIKE J. LEE and SHERRY L. LEE ) Docket Control #None
)
    Debtors. ) Date: November 15, 2005
) Time: 2:00 p.m.
) Dept: A

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

This matter comes before the court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Sherry Lee, seeking payment of funds previously unclaimed by Mike Lee and Sherry Lee in the above-entitled case. For the reasons stated in accompanying findings of fact and conclusions of law, IT IS ORDERED that the unclaimed funds totaling $3,448.49 shall be made payable to:

    Stanislaus County
    Department of Child Support Services
    298016-0

and mailed to:

    Stanislaus County
    Department of Child Support Services
    P.O. Box 2180
    Ceres, CA 95397-8680

Dated: 28 Nov. 2005    BY THE COURT

                                    Michael S. McManus, Chief Judge
                                    United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

**The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was served by mail to the following entities listed at the address(es) shown below.**

Office of the US Trustee
501 I St #7-500
Sacramento, CA 95814

Russell Greer
PO Box 3051
Modesto, CA 95353-3051

Michael Lee
4622 Washington Rd
Hughson, CA 95326

Sherry Lee
1813 Mullberry Ln
Hughson, CA 95326

Steven A. Smith
PO Box 1824
Modesto, CA 95353-1824

Stanislaus County
Department of Child Support Services
PO Box 2180
Ceres, CA 95307-8680

DATED: 11/29/05          By: _____
                                Deputy Clerk